CAPITAL FINANCE CORPORATION, Appellant, *v.* SAMUEL BALTER, Respondent.

Supreme Court, Appellate Term, First Department, May 25, 1943.

462

*Melvin Howard Osterman* for appellant.

*Alfred Newman* for respondent.

*Per Curiam.* The justice below was not authorized to stay body execution pending payment of judgment by installments. Order reversed, with ten dollars costs, and motion denied.

HAMMER and HECHT, JJ., concur; SHIENTAG, J., dissents.

SHIENTAG, J. I dissent and vote for the modification of the order below so as to provide for payment by the defendant of twenty-five dollars a month, and as so modified, affirmed.